PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Terry Davis   Case Number: 3:14-00132

Name of Judicial Officer: Honorable William J. Haynes, Jr., Senior U. S. District Judge

Date of Original Sentence: May 4, 2015

Original Offense: 18 U.S.C. § 641, Stealing and Converting Government Property

Original Sentence: 3 years' probation

Type of Supervision: Probation   Date Supervision Commenced: May 4, 2015

Assistant U.S. Attorney: Van S. Vincent   Defense Attorney: Sumpter L. Camp

---

**THE COURT ORDERS:**

☒ No Action   *As recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___ day of _July_, 2015,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Jon R. Hahn
U.S. Probation Officer

Place   Columbia, Tennessee

Date   July 16, 2015

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

   Terry Davis provided a urine screen in the Columbia office on June 23, 2015. Mr. Davis admitted it would be positive for illegal substance use because he took Oxycodone and Hydrocodone that was not prescribed to him. The national lab stated the urine screen was diluted.

2.    **Shall support his or her dependents and meet other family responsibilities:**

   The Maury County Sheriff's Department arrested Mr. Davis on June 23, 2015 for a misdemeanor child support warrant.

**Compliance with Supervision Conditions and Prior Interventions:**

Terry Davis is unemployed and resides with his father in Hickman County, Tennessee.

On May 13, 2015, the Court was notified of a positive urine screen which resulted in him being sent for a drug treatment assessment. On June 15, 2015, the Court approved a modification to Mr. Davis conditions to add 180 days at a residential reentry center (RRC). This office is waiting placement by the Bureau of Prisons. On June 22, 2015, the Court was notified of a second positive urine screen, failure to respond to code-a-phone, and an outstanding misdemeanor child support warrant. Offender continues to attend counseling and awaiting the Bureau of Prisons RRC assignment.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Davis be continued on probation.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer